IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL CENEVIVA and** | : | **CIVIL ACTION** |
| **MATHEW ROHRBACH,** | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **LIDL US, LLC, et al.,** | : | |
| *Defendants.* | : | No. 25-cv-1541 |

## ORDER

**AND NOW**, this **9th** day of **June 2025**, upon consideration of Defendants' Motion for Reconsideration (ECF No. 16), Plaintiffs' Response (ECF No. 18), Defendants' Reply (ECF No. 19), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 16) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1